ETHEL A. REMEY v. REMEY SCHOOL FOR DANCING.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

ROBERT L. OWEN and Others v. H. WALTER BLUMENTHAL and Others.— Motion for leave to appeal to the Court of Appeals and for a stay granted. [See 254 App. Div. 853.] Settle order on notice. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

M. O'NEIL SUPPLY CO., INC., v. PETROLEUM HEAT & POWER CO., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JAMES W. HYDE, Suing on His Own Behalf and on Behalf of All Other Stockholders of CONSOLIDATED OIL CORPORATION, Similarly Situated Who May Come in and Contribute to the Expenses of This Action, v. SHELDON CLARK and Others, Impleaded with CHARLES E. CRAWLEY and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Untermyer, Dore and Cohn, JJ.

GERTRUDE REILEY and Another v. NANETTE GUDE BAYNE.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of GEORGE ALLEN against JAMES E. FINEGAN and Others, as the Municipal Civil Service Commission of the City of New York, and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.

NAJEEB A. SAHADI, on Behalf of Himself and All Other Similarly Situated Policyholders of the Equitable Life Assurance Society of the United States, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of Proceedings to Discover Property of the Estate of JACOB H. LEITER, Also Known as HENRY LEITER, Deceased. RAE GOLSTEIN, Also Known as RAE WEIL, Also Known as RAE LEITER, and ANTON C. LEITER, as Administrator De Bonis Non.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Townley, Glennon, Dore and Cohn, JJ.

REALTY ASSOCIATES SECURITIES CORPORATION and Another v. BOOK REALTY CORPORATION and Another. PRUDENCE BONDS CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals granted. [See 254 App. Div. 658.] Settle order on notice. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

IRVING FAJANS v. R. H. MACY & CO., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.